**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,**<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**BARNEYS NEW YORK, INC.,**<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-405<br><br>**CONSOLIDATED CASE**<br><br>**LEAD CASE** |
| **EDEKKA LLC,**<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**FTD.COM INC.,**<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-436<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS BETWEEN
PLAINTIFF EDEKKA LLC AND DEFENDANT FTD.COM INC.**

On this day, the Court considered the Agreed Motion for Dismissal Without Prejudice of All Claims Between Plaintiff eDekka LLC ("eDekka"), and Defendant FTD.com Inc. ("FTD"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion"*F m0P q0464+should be, and is hereby, GRANTED.

It is, therefore, ORDERED that all claims asserted by eDekka against FTD are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

So ORDERED and SIGNED this 27th day of January, 2015.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE